650

## BOYD v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 79, September Term, 1963.]

*Decided May 7, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Duckett below, the application for leave to appeal will be denied.

*Application denied.*